1050

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent,* v. NORMAN P. SHAFFER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 813196, James A. Noe, J., entered December 3, 1976. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Soule, JJ.

[No. 2679–2. Division Two. August 7, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES SIMMONS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 49848, Waldo F. Stone, J., entered December 20, 1976. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Soule, JJ.

[No. 2472–3. Division Three. August 8, 1978.]

DOLORES A. BLANCHARD, *Respondent,* v. RICHARD E. UNGER, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 21538, B. E. Kohls, J., entered May 23, 1977. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff and Swanson, JJ.